UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

XAVIER ARAU,

          Defendant.

CRIMINAL ACTION NO.: 21 MAG. 8717

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court will conduct a telephonic bail review hearing in this matter on **Friday, September 17, 2021 at 1:00 pm** on the Court's conference line. Mr. Arau's counsel shall be prepared to present a revised set of conditions of release that (i) address the concerns about Mr. Arau's danger to the community raised by the Court during his presentment on September 8, 2021, and (ii) have been discussed with the Government and Pretrial Services in advance.

At the scheduled time, the parties shall call: **(866) 390-1828**; access code: **380-9799**, at the scheduled time.  If Mr. Arau's counsel so directs, his family members may listen to the conference.

Dated:    New York, New York
              September 10, 2021

                                        SO ORDERED

                                        _____
                                        SARAH L. CAVE
                                        United States Magistrate Judg