UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/24/21
```

UNITED STATES OF AMERICA,

-against-

XAVIER ARAU

        Defendant.

1:21-cr-00570 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge

        The Court will hold a bail appeal conference in this matter on September 27, 2021, at 10:30am.  The proceeding will be held in courtroom 18C in the Daniel Patrick Moniyhan Courthouse, 500 Pearl Street, New York, New York.

        Interested parties may join remotely by dialing 888 278-0296 using access code 5195844.

**SO ORDERED.**
**Date: September 24, 2021**

_Mary Kay Vyskocil_
MARY KAY VYSKOCIL
United States District Judge