USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/3/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

XAVIER ARAU,

Defendant.

21-cr-00570 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Status Conference scheduled for January 11, 2022 at 2:30 PM is ADJOURNED to March 1, 2022 at 11:00 AM. In the interest of justice, all time from today to March 1, 2022 is excluded under the speedy trial act. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial in that it will allow the government to complete its production of discovery materials; allow time for defense counsel to review discovery material in this case with Defendant and to consider whether there are any motions that are appropriate with respect to what has been produced; and for the parties to discuss a potential pretrial disposition of this matter. Defendant consents to the exclusion of time. [*See* ECF No. 26].

**SO ORDERED.**

Date: January 3, 2022
New York, NY

MARY KAY VYSKOCIL
United States District Judge