```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

XAVIER ARAU,

                Defendant.

21-cr-570 (MKV)

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Court will hold a change of plea hearing with respect to Defendant Xavier Arau on June 27, 2023 at 12:00 PM.

**SO ORDERED.**

**Date: June 22, 2023**
        **New York, NY**

*[signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**