UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 6/27/2023 |
| -against- | 21-cr-570 (MKV) |
| XAVIER ARAU, | **SCHEDULING ORDER** |
| Defendant. | |

MARY KAY VYSKOCIL, United States District Judge:

The Court scheduled a change of plea hearing on September 27, 2023 with respect to Defendant Xavier Arau. However, Mr. Arau advised the Court at the hearing that he was not prepared to proceed with a change of plea hearing. Accordingly, as outlined in the Order at ECF No. 131, the Court will hold a status conference with Mr. Arau, along with his co-defendants, on August 14, 2023 at 11:00 AM.

On the application of the Government, it is HEREBY ORDERED that, in the interest of justice, all time from today to August 14, 2023 is excluded under the Speedy Trial Act. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial in that it will allow time for the Defendant to review discovery, and for the parties to engage in discussions concerning a possible pretrial disposition of this matter. The Defendant consented to the exclusion of time on the record at the June 27, 2023 hearing.

**SO ORDERED.**

Date: June 27, 2023
      New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**