USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/9/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | 21-cr-570 (MKV) |
| XAVIER ARAU, | **ORDER** |
| Defendant. | |

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that a change of plea hearing will be held with respect to Defendant Xavier Arau on August 14, 2023 at 11:00 AM.

**SO ORDERED.**

**Date: August 9, 2023**
**New York, NY**

*[signature]*
**MARY KAY VYSKOCIL**
**United States District Judge**