UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/2024
```

UNITED STATES OF AMERICA,

-against-

XAVIER ARAU, HENRY JONES, CASSIUS
MILLER, ELIJAH PERKINS, JAMIE
WILKINS, DAIVON MORGAN, ROBERTO
ESPINOSA, AMIER WILSON, DAVION
TRUSTY, and JUAN REYES

Defendants.

1:21-cr-00570-MKV

**ADJOURNMENT ORDER**

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the sentencing of Defendant Xavier Arau, previously scheduled for February 1, 2024 at 2:00 PM, is adjourned to February 12, 2024 at 2:00 PM. Any request for an adjournment shall be made by letter filed on ECF and must be received at least 48 hours before the deadline.

**SO ORDERED.**

**Date: January 17, 2024**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**